```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**WILLIS DODE EUBANKS**                                                     **PLAINTIFF**

**v.**                       **CIVIL NO.: 5:11-cv-5049**

**CORPORAL ELLIOT ACOSTA ET AL.**                                  **DEFENDANTS**

<u>**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**</u>

Plaintiff, who currently resides in Lowell, Arkansas, has filed his complaint *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. (Doc. 1). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), this case is referred to the undersigned by the Honorable Jimm Larry Hendren, Chief Judge for the Western District of Arkansas. The matter is presently before the Court on the Joint Motion to Dismiss Due to Settlement. (Doc. 21).

On June 6, 2011, the parties filed a Joint Motion to Dismiss Due to Settlement. (<u>Id.</u>) In this motion, the parties give notice to the Court that a settlement has been reached in the above-styled case. (<u>Id.</u>) The Motion is signed by Plaintiff and by Defendants' counsel. (<u>Id.</u>)

Upon due consideration and for good cause shown, it is **RECOMMENDED** that the Joint Motion to Dismiss Due to Settlement (Doc. 21), be **GRANTED**. Accordingly, it is hereby **RECOMMENDED** that this case be dismissed with prejudice, subject to the terms of the settlement agreement of the parties.

It is **FURTHER RECOMMENDED** the Court retain jurisdiction to vacate any Order adopting this Report and Recommendation, and to

reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**IT IS SO ORDERED this 20th day of June 2011.**

                                      */s/ Erin L. Setser*
                                      ERIN L. SETSER
                                      U.S. MAGISTRATE JUDGE