```
       IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**WILLIS DODE EUBANKS**                                              **PLAINTIFF**

      **v.**                    Civil No. 11-5049

**CORPORAL ELLIOT ACOSTA, et al.**                              **DEFENDANTS**

<u>ORDER</u>

NOW on this 11th day of July 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 22), to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 22) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the parties' **Joint Motion to Dismiss Due to Settlement** (Doc. 21) is hereby **granted** and this case is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                <u>/s/ Jimm Larry Hendren</u>
                                                HON. JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE